# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIKA C. R., | ) | NO. CV 21-2509-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: November 10, 2021.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE